NOVEMBER 22, 1971

No. 71–5337.  FULLINGTON ET AL. *v.* SHEA, DIRECTOR, COLORADO DEPARTMENT OF SOCIAL SERVICES, ET AL.  Appeal from D. C. Colo.  Motion for leave to proceed *in forma pauperis* granted and judgment affirmed.  MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 71–5363.  KIRKWOOD *v.* WINSTEAD, COMMISSIONER OF PUBLIC WELFARE, ET AL.  Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.  MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. A–520.  IN RE DISBARMENT OF SAMPLES.  It is ordered that Franklin P. Samples, of Huntsville, Alabama, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. A–521.  IN RE DISBARMENT OF FREEL.  It is ordered that Frederick J. Freel, of Kansas City, Missouri, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. A–522.  IN RE RESIGNATION OF PRATT.  The request of John E. Pratt, of Boynton Beach, Florida, that his name be stricken from the roll of attorneys admitted to practice in this Court is granted.